COMMONWEALTH of Pennsylvania,
Respondent

v.

Olubaya Mudada Mensah
RANGER, Petitioner

No. 311 WAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Julius BROCKMAN, Petitioner

No. 359 EAL 2017

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.